No. 00–412.  PURDY *v.* PURDY.  C. A. 6th Cir.  Certiorari denied.

No. 00–421.  RANDALL ET AL. *v.* DELLWOOD FARMS, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–428.  CIRAOLO *v.* CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–436.  KROUNER *v.* DISTRICT OF COLUMBIA COURT OF APPEALS.  Ct. App. D. C.  Certiorari denied.

No. 00–440.  BAYER AG ET AL. *v.* ELAN PHARMACEUTICAL RESEARCH CORP. ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 00–441.  COPENHAVER *v.* SOURCE ONE MORTGAGE SERVICES CORP.  C. A. 5th Cir.  Certiorari denied.

No. 00–469.  CITIZENS FOR UNIFORM TAXATION *v.* NORTHPORT PUBLIC SCHOOL DISTRICT ET AL.  Ct. App. Mich.  Certiorari denied.

No. 00–486.  FRICKE *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 00–494.  OLSON *v.* UNITED STATES; and
No. 00–6436.  NEAL ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Reported below: 219 F. 3d 698.

No. 00–498.  WADKINS *v.* ARNOLD.  C. A. 4th Cir.  Certiorari denied.

No. 00–534.  HARPER *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 00–562.  CONNOR *v.* HENDERSON, POSTMASTER GENERAL.  C. A. 5th Cir.  Certiorari denied.

No. 00–579.  FOXX *v.* DANZIG, SECRETARY OF THE NAVY.  C. A. 4th Cir.  Certiorari denied.